CHISM et al. v. LAMB. (Supreme Court, Appellate Division, Third Department. September 24, 1909.) Action by John D. Chism, Jr., and another, against Isaac V. Lamb. No opinion. Motion granted, on payment of $20 costs. See, also, 63 Misc. Rep. 209, 118 N. Y. Supp. 458.

CHRISTOPHER v. FREEDMAN et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Eliza W. Christopher against Jonas Freedman and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

CICCARELLI, Appellant, v. NAUGHTON CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Angelo Ciccarelli against the Naughton Company and another. No opinion. Motion to dismiss appeal denied, without costs, on condition that case be printed and served within five days and case placed at the foot of present calendar; otherwise, motion granted, with costs.

CICCARRELLI, Appellant, v. NAUGHTON CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Angelo Ciccarelli against the Naughton Company and another. No opinion. Motion to dismiss appeal denied, without costs, with leave to renew if the appeal is not perfected within 20 days.

CITIZENS' NAT. BANK OF SARATOGA SPRINGS, Respondent, v. GARDNER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by the Citizens' National Bank of Saratoga Springs against Frances M. Gardner and another. No opinion. Motion denied.

CITIZENS' NAT. BANK OF SARATOGA SPRINGS, Respondent, v. GARDNER et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Citizens' National Bank of Saratoga Springs against Frances M. Gardner and another. No opinion. Motion denied.

CITRONE, Appellant, v. O'ROURKE ENGINEERING & CONSTRUCTION CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Donato Citrone against the O'Rourke Engineering & Construction Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 113 App. Div. 518, 99 N. Y. Supp. 241.

In re CITY OF NEW YORK (KINGS AND QUEENS COUNTIES). (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of acquiring title by the City of New York to certain lands and premises situated in the counties of Kings and Queens, in the state of New York, beginning at Hemlock street, etc. No opinion. Motion denied, without costs.

In re CITY OF NEW YORK (TOWNS OF CARMEL AND SOUTHEAST, PUTNAM COUNTY, AND TOWN OF SOMERS, WESTCHESTER COUNTY). (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of the application of the city of New York to acquire certain real estate in the towns of Carmel and Southeast, Putnam county, and Somers, Westchester county, New York, under chapter 490, p. 666, of the Laws of 1883, and acts amendatory thereto. No opinion. Motion granted, and order resettled nunc pro tunc, and signed. See, also, 129 App. Div. 711, 114 N. Y. Supp. 68.

CITY OF TROY, Appellant, v. HISLOP et al., Respondents. (Supreme Court, Appellate Division, Third Department. September 24, 1909.) Action by the City of Troy against Thomas W. Hislop and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF YONKERS. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of taking a right and easement in certain property in the City of Yonkers, etc., for the construction, etc., of the Nepperhan Valley outlet sewer from the sawmill river road to the Hudson river pier line. No opinion. Order affirmed, with $10 costs and disbursements.

CITY REAL ESTATE CO., Respondent, v. GALLAGHER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the City Real Estate Company against Patrick Gallagher, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CITY REAL ESTATE CO., Respondent, v. PARK CONST. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by the City Real Estate Company against the Park Construction Company, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CLANCY, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Elizabeth Clancy, administratrix, etc., against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied, without costs. See, also, 117 N. Y. Supp. 233.

CLAR, Appellant, v. LOWENFELD et al., Respondents. (Supreme Court, Appellate Di-